Samuel FISHMAN, Movant, v. Marie DUKES, Adley Dailey, Harvey Dukes, Richard Jones, and Theodore Dailey, Opposed.

Court of Appeals of Kentucky.

May 24, 1949.

Karem & Karem and Fred J. Karem for movant.

Charles W. Anderson, Jr. and Benjamin F. Shobe opposed.

PER CURIAM.

Motion for an appeal from the Jefferson Circuit Court, Common Pleas Branch, Third Division. Money judgment for plaintiff, Marie Dukes, in the sum of $270, for plaintiff, Adley Dailey, in the sum of $438, for Harvey Dukes, in the sum of $234.50, for plaintiff, Richard Jones, in the sum of $249, and for plaintiff, Theodore Dailey, in the sum of $277.

Appeal denied. Judgment affirmed.

Matt JONES, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 27, 1949.

E. B. Rose for movant.

A. E. Funk, Attorney General, and H. D. Reed, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Lee Circuit Court. Judgment of conviction for giving away liquor in local option territory. $20 fine and 60 days in jail.

Appeal denied. Judgment affirmed.

James T. RITTER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

June 10, 1949.

H. K. Spear for movant.

A. E. Funk, Attorney General, and H. D. Reed, Jr., Assistant Attorney General, opposed.

PER CURIAM.

Motion for appeal from Boyle Circuit Court convicting Movant of unlawfully transporting intoxicating liquor in local option territory, and imposing a fine of $100 and 60 days' imprisonment.

Appeal denied. Judgment affirmed.